IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| McAllister Towing of Virginia, Inc., et al., | * | |
| | * | Civil Action No. JFM 00CV 2075 |
| Plaintiffs, | * | |
| v. | * | |
| Hale Intermodal Marine Company, et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*I \*

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, plaintiffs hereby note dismissal of this action, including all garnishments, with prejudice.

Dated: July 31, 2000.

_____
J. Stephen Simms (#4269)
W. Charles Bailey, Jr. (#2350)
Greber & Simms
Suite 702
Twenty South Charles Street
Baltimore, Maryland 21201
(410) 783-5795

Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2000, I caused a true and correct copy of the foregoing to be served on defendants' counsel by facsimile as follows:

>John E. Holloway, Esq.
>Hunton & Williams
>Suite 1000, 500 East Main Street
>P.O. Box 3889
>Norfolk, Virginia 23514
>Facsimile: 757-625-7720